ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
BENJAMIN J. GROEBNER, WSBN 36808
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHRISTOPHER WHITE,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 2:25-cv-2451-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1.  Plaintiff filed the opening brief on December 19, 2025.

2.  I was assigned this matter on December 31, 2025.

- 1 -

3. On January 6, 2026, I prepared a memorandum requesting settlement authority from my client.

4. Unfortunately, I have not yet received a response.

5. In an effort to preserve judicial resources and pursue the possibility for settlement without further briefing, I am requesting 30 additional days to file a responsive brief, if necessary.

6. Counsel for the Plaintiff has agreed to the request.

WHEREFORE, Defendant requests until February 18, 2026, to respond to Plaintiff's Motion for Summary Judgement.

Respectfully submitted,

DATED: January 16, 2025

ERIC GRANT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney

DATED: January 16, 2025

By: s/ *Francesco Paulo Benavides*
Francesco Paulo Benavides
Attorney for Plaintiff

(*as authorized by email)

ORDER

IT IS SO ORDERED.

Dated:    January 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE