ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
BENJAMIN J. GROEBNER, WSBN 36808
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTOPHER WHITE, )
)  Case No. 2:25-cv-2451-JDP
Plaintiff, )
)  **STIPULATION AND [PROPOSED] ORDER**
v. )  **FOR REMAND**
)
COMMISSIONER OF SOCIAL SECURITY, )
)
Defendant. )
)

The parties, acting through their respective counsel, hereby stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff's eligibility for benefits under Titles II and XVI of the Social Security Act. Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the medical opinion evidence and prior administrative medical findings; reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the

effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; offer the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Respectfully submitted,

DATED: January 23, 2025

ERIC GRANT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney

DATED: January 23, 2025

By: s/ *Francesco Paulo Benavides*
Francesco Paulo Benavides
Attorney for Plaintiff

(*as authorized by email)

**ORDER**

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the medical opinion evidence and prior administrative medical findings; reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; offer the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.  Further, plaintiff's motion for summary judgment, ECF No. 13, is denied as moot.

IT IS SO ORDERED.

Dated:    January 23, 2026          _____
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE